IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD ALLAN RAY DOUGAN,

    Petitioner,                                    JUDGMENT IN A CIVIL CASE

v.                                                   Case No. 11-cv-193-wmc

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,

    Respondent.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the supplemental amended petition of Donald Allan Ray Dougan for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case with prejudice.

/s/                                                             12/30/2013

Peter Oppeneer, Clerk of Court                        Date