## UNITED STATES DISTRICT COURT
## _Western_ DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2014 JAN 17 PM 3:00
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Don Allan Ray Dougan,
Plaintiff,

vs.                                    Case No.: 11-cv-193-wmc

William Pollard, Warden
Defendant.

## NOTICE OF APPEAL

Notice is hereby given that _Don A.R. Dougan_, petitioner-appellant in the above named case, does hereby appeal to the United States Court of Appeals for the Seventh Circuit from the United States District Court, _Western_ District of Wisconsin Judge _William Conley_ presiding, from the order and decision which dismissed his petition for writ of habeas corpus. The order was entered in this action on the following date:

_12-30-_, 20_13_.

Dated this _13_, day of _January_, 20_14_.

Don Allan Ray Dougan,
Petitioner-Appellant Pro Se

Stanley Correctional Institution
100 Corrections Drive
Stanley, WI 54768-6500

cc: File