IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DONALD ALLAN RAY DOUGAN,

        Petitioner,                                    ORDER

    v.                                                11-cv-193-wmc
                                                      App. No. 14-1115

WILLIAM POLLARD, Warden,

        Respondent.

On December 30, 2013, the district court denied the supplemental habeas corpus petition filed by state prisoner Donald Allan Ray Dougan. It did so after determining that Dougan was not entitled to relief under 28 U.S.C. § 2254 on any of his claims. In that same order, the court denied a certificate of appealability and dismissed this case with prejudice. Dougan has now filed a notice of appeal from that order. To date, however, he has not paid the appellate docketing fee ($505.00). For his appeal to proceed, Dougan must either pay the fee within twenty days or submit a properly supported motion for leave to proceed *in forma pauperis* (without prepayment of the fee) in compliance with 28 U.S.C. § 1915(a)(2).

ORDER

IT IS ORDERED that, within **twenty (20) days**, petitioner Donald Allan Ray Dougan shall either (1) pay the $505.00 appellate docketing fee; or (2) submit a motion for leave to proceed *in forma pauperis*, together with a certified copy of his inmate trust fund account statement, in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of his appeal without further notice.

Entered this 22nd day of January, 2014.

                                                  BY THE COURT:

                                                  /s/
                                                  PETER C. OPPENEER
                                                  Magistrate Judge